**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-6154**

_____

MIKA'YA ALI SHAKUR,

        Plaintiff - Appellant,

    v.

SGT. THOMPSON,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Thomas T. Cullen, District Judge.  (7:21-cv-00397-TTC-RSB)

_____

Submitted:  May 18, 2023                                  Decided:  May 23, 2023

_____

Before NIEMEYER, RICHARDSON, and RUSHING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Mika'ya Ali Shakur, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mika'ya Ali Shakur appeals the district court's order granting Defendant's motion to dismiss Shakur's 42 U.S.C. § 1983 action.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  *See Shakur v. Thompson*, No. 7:21-cv-00397-TTC-RSB (W.D. Va. Feb. 1, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*